

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0403

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0403

IN RE THE MARRIAGE OF:

JOHN KURTIS OBLINGER,

Petitioner and Appellant,

      **O R D E R**

and

LORA JEAN OSTER,

**FILED**

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Respondent and Appellee.

Pursuant to Appellant's motion for extension, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until March 13, 2025, to file his reply brief.

No further extensions will be granted.

DATED this 18 day of February, 2025.

For the Court,

_____
Chief Justice